1  Nicholas J. Pappas (*pro hac vice*)
   Adam C. Hemlock (*pro hac vice*)
2  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
3  New York, New York 10153-0119
   Telephone: 212-310-8000
4  Facsimile: 212-310-8007
   E-mail: nicholas.pappas@weil.com
5  E-mail: adam.hemlock@weil.com

6  Kevin B. Goldstein (*pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
7  1300 Eye Street NW, Suite 900
   Washington, DC 20005-3314
8  Telephone: 202-682-7000
   Facsimile: 202-857-0940
9  E-mail: kevin.goldstein@weil.com

10 *Attorneys for Defendant United HealthCare Services, Inc.*

11 [Additional Counsel on Signature Page]

12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN JOSE DIVISION**

16 | BAY AREA SURGICAL MANAGEMENT, | Case No. 5:15-cv-01416-BLF-NC |
   LLC, et al.,
17 | Plaintiffs, | **STATEMENT OF RECENT DECISION** |
   v.                      | **RELEVANT TO PENDING MOTIONS TO** |
18 |                        | **DISMISS** |
   AETNA LIFE INSURANCE COMPANY,
19 | et al.,                | Date:   March 31, 2016 |
   Defendants.             | Time:   9:00 a.m. |
20 |                        | Place:  Courtroom 3, Fifth Floor |
   |                        |         San Jose Federal Courthouse |
21 |                        | Judge:  Hon. Beth Labson Freeman |

22

23         Pursuant to Civil Local Rule 7-3(d)(2), Defendants hereby notify the Court of the Ninth

24 Circuit's March 2, 2016 unpublished memorandum disposition filed in *Prime Healthcare Services,*

25 *Inc. v. SEIU, United Healthcare Workers-West et al.*, Case No. 13-57185, Dkt. 66-1 (9th Cir. Mar. 2,

26 2016).   The disposition is relevant to Defendants' pending motions to dismiss Plaintiffs' First

27 Amended Complaint (ECF Nos. 66 & 68).   A true and correct copy of the disposition is attached as

28 Exhibit A.

Dated:  March 7, 2016

Respectfully submitted,

By:   */s/ Adam C. Hemlock*
Nicholas J. Pappas (*pro hac vice*)
Adam C. Hemlock (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  212-310-8000
Facsimile:   212-310-8007
E-mail:  nicholas.pappas@weil.com
E-mail:  adam.hemlock@weil.com

Kevin B. Goldstein (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street NW, Suite 900
Washington, DC 20005-3314
Telephone:  202-682-7000
Facsimile:   202-857-0940
E-mail:  kevin.goldstein@weil.com

Bambo Obaro (SBN 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone:  650-802-3000
Facsimile:   650-802-3100
E-mail:  bambo.obaro@weil.com

*Attorneys for Defendant United HealthCare Services, Inc.*

By:   */s/ Samuel G. Liversidge*
Richard J. Doren (SBN 124666)
Samuel G. Liversidge (SBN 180578)
Heather L. Richardson (SBN 246517)
Brandon J. Stoker (SBN 277325)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213-229-7000
Facsimile:   213-229-7520
E-mail:  rdoren@gibsondunn.com
E-mail:  sliversidge@gibsondunn.com
E-mail:  hrichardson@gibsondunn.com
E-mail:  bstoker@gibsondunn.com

*Attorneys for Defendant Aetna Life Insurance Company*

By:   */s/ Gregory R. Jones*
Thomas A. Ryan (SBN 143148)
Gregory R. Jones (SBN 229858)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3800
Los Angeles, CA 90067
Telephone: 310-277-4110
Facsimile:  310-277-4730
E-mail:  tryan@mwe.com
E-mail:  gjones@mwe.com

*Attorneys for Defendants E3 Healthcare Management LLC, Alpine Healthcare, LLC, Bascom Surgery Center, L.P., Campus Surgery Center L.P., El Camino Ambulatory Surgery Center, LLC, Silicon Valley Surgery Center, L.P., and Waverley Surgery Center, L.P.*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.