BLECHER COLLINS & PEPPERMAN, P.C.
Maxwell M. Blecher (State Bar No. 26202)
 mblecher@blechercollins.com
Donald R. Pepperman (State Bar No. 109809)
 dpepperman@blechercollins.com
Taylor C. Wagniere (State Bar No. 293379)
 twagniere@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL MANAGEMENT, LLC, a California Limited Liability Company; BAY AREA SURGICAL GROUP, INC., a California Corporation; FOREST SURGERY CENTER, L.P., a California Limited Partnership; SOAR SURGERY CENTER, LLC, a California Limited Liability Company; KNOWLES SURGERY CENTER, LLC, a California Limited Liability Company; NATIONAL AMBULATORY SURGERY CENTER, LLC, a California Limited Liability Company; LOS ALTOS SURGERY CENTER, L.P., a California Limited Partnership,<br><br>                    Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; UNITED HEALTHCARE SERVICES, INC.; E3 HEALTHCARE MANAGEMENT, LLC,; ALPINE HEALTHCARE, LLC; SILICON VALLEY SURGERY CENTER, L.P.; WAVERLEY SURGERY CENTER, L.P.; BASCOM SURGERY CENTER, L.P.; CAMPUS SURGERY CENTER, L.P.; EL CAMINO AMBULATORY SURGERY CENTER, LLC,<br><br>                    Defendants. | Case No. 5:15-CV-01416-BLF-NC<br><br>**STATEMENT OF RECENT DECISION RELEVANT TO PENDING MOTIONS TO DISMISS**<br><br>Honorable Beth Labson Freeman<br><br>Date: March 31, 2016<br>Time: 9:00 a.m.<br>Location: Courtroom 3, 5th Floor |

1  Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs hereby notify the Court of the Supreme
2  Court's denial of certiorari in *Apple, Inc. v. United States*, No. 15-565, on March 7, 2016, which is
3  attached hereto and available on Westlaw as 2016 WL 854227.  The Second Circuit's opinion in the
4  underlying case, *United States v. Apple, Inc.,* 791 F.3d 290 (2d Cir. 2015), was cited in Plaintiffs'
5  Oppositions to Defendants' Motions to Dismiss (Dkt. Nos. 75 [at pp. 12-13] and 76 [at pp. 10, 12]) for
6  the proposition that a *per se* offense of the antitrust laws can occur in combinations that involve both
7  horizontal and vertical participants.

9  Dated:  March 8, 2016                    BLECHER COLLINS & PEPPERMAN, P.C.

             By:  *Maxwell M. Blecher*
                  Attorneys for Plaintiffs

13  82557.1


