# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL MANAGEMENT LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-01416-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JUNE 23, 2016** |

The Court CONTINUES the parties' case management conference to June 23, 2016 at 11:00 a.m. The parties shall file a joint case management statement by June 16, 2016.

**IT IS SO ORDERED.**

Dated: April 14, 2016

_____
BETH LABSON FREEMAN
United States District Judge